**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael L. Detzky, Esq.
Detzky, Hunter & DeFillippo, LLC
45 Court Street
Freehold, NJ 07728
(732) 780-3090
MLD 7975
Attorney for Debtors

In Re:

Ian Scott Kansky and Kathy Michelle Kansky,

Debtors

**Order Filed on August 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:              12-31580

Chapter:              13

Hearing Date:         9/5/2017

Judge:                Kaplan

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

☑ **MORTGAGE**      ❑ **LIEN**      ❑ **OTHER (specify)** _____

Recommended Local Form:   ☑ Followed    ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 30, 2017**

*Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 8 Turner Terrace _____

   Morganville, NJ 07751 _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Heritage Community Bank _____
   b. Current Assignee: _____
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: May 25, 2011 _____
   e. Date of Recordation: June 13, 2011 _____
   f. Place of Recordation: Monmouth County Clerk _____
      i. Mortgage Book: 8894 _____
      ii. Page: 7372 _____
   g. Original Principal Balance of Mortgage/Lien: $ 150,000.00 _____

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

2