| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michael L. Detzky, Esq.<br>Detzky, Hunter & DeFillippo, LLC<br>45 Court Street<br>Freehold, NJ 07728<br>(732) 780-3090<br>MLD 7975<br>Attorney for Debtors | **Order Filed on August 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Ian Scott Kansky and Kathy Michelle Kansky,<br><br>Debtors | Case No:   12-31580<br><br>Chapter:   13<br><br>Hearing Date:   9/5/2017<br><br>Judge:   Kaplan |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

Recommended Local Form:   ☑ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 30, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 8 Turner Terrace
   Morganville, NJ 07751

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Heritage Community Bank
   b. Current Assignee: _____
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: February 3, 2010
   e. Date of Recordation: February 16, 2010
   f. Place of Recordation: Monmouth County Clerk
      i. Mortgage Book: 8820
      ii. Page: 4833
   g. Original Principal Balance of Mortgage/Lien: $ 150,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*