| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michael L. Detzky, Esq.<br>Detzky, Hunter & DeFillippo, LLC<br>45 Court Street<br>Freehold, NJ 07728<br>(732) 780-3090<br>MLD 7975<br>Attorney for Debtors |
| In Re:<br><br>Ian Scott Kansky and Kathy Michelle Kansky,<br><br>Debtors |

Order Filed on August 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        12-31580

Chapter:        13

Hearing Date:   9/5/2017

Judge:          Kaplan

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

☑ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER** (specify) _____

Recommended Local Form:   ☑ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 8 Turner Terrace
   Morganville, NJ 07751

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Heritage Community Bank
   b. Current Assignee: 
   c. Current Servicer: 
   d. Date of Mortgage/Lien: February 3, 2010
   e. Date of Recordation: February 16, 2010
   f. Place of Recordation: Monmouth County Clerk
      i. Mortgage Book: 8820
      ii. Page: 4833
   g. Original Principal Balance of Mortgage/Lien: $ 150,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-31580-MBK
Ian Scott Kansky                                                        Chapter 13
Kathy Michelle Kansky
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 30, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db/jdb         +Ian Scott Kansky,    Kathy Michelle Kansky,    8 Turner Terrace,    Morganville, NJ 07751-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              David B. Grantz    on behalf of Creditor    The Provident Bank dgrantz@meyner.com,
               ckelly@meyner.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Meredith I. Friedman    on behalf of Creditor    The Provident Bank mfriedman@wilentz.com,
               ciarkowski@wilentz.com
              Michael Leonard Detzky    on behalf of Joint Debtor Kathy Michelle Kansky mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael Leonard Detzky    on behalf of Debtor Ian Scott Kansky mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael T. Stewart    on behalf of Creditor    White Rose, Inc. mstewart@peristewart.com,
               moliver@peristewart.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                               TOTAL: 10