| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michael L. Detzky, Esq.<br>Detzky, Hunter & DeFillippo, LLC<br>45 Court Street<br>Freehold, NJ 07728<br>(732) 780-3090<br>MLD 7975<br>Attorney for Debtors | Order Filed on August 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ian Scott Kansky and Kathy Michelle Kansky,<br><br>Debtors | Case No: 12-31580<br>Chapter: 13<br>Hearing Date: 9/5/2017<br>Judge: Kaplan |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

> Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 31, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 8 Turner Terrace
   
   Morganville, NJ 07751

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Heritage Community Bank
   b. Current Assignee: 
   c. Current Servicer: 
   d. Date of Mortgage/Lien: January 6, 2011
   e. Date of Recordation: January 28, 2011
   f. Place of Recordation: Monmouth County Clerk
      i. Mortgage Book: 8875
      ii. Page: 3765
   g. Original Principal Balance of Mortgage/Lien: $ 50,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*