| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michael L. Detzky, Esq.<br>Detzky, Hunter & DeFillippo, LLC<br>45 Court Street<br>Freehold, NJ 07728<br>(732) 780-3090<br>MLD 7975<br>Attorney for Debtors | Order Filed on August 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ian Scott Kansky and Kathy Michelle Kansky,<br><br>Debtors | Case No: 12-31580<br>Chapter: 13<br>Hearing Date: 9/5/2017<br>Judge: Kaplan |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 8 Turner Terrace
   Morganville, NJ 07751

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Heritage Community Bank
   b. Current Assignee: 
   c. Current Servicer: 
   d. Date of Mortgage/Lien: January 6, 2011
   e. Date of Recordation: January 28, 2011
   f. Place of Recordation: Monmouth County Clerk
      i. Mortgage Book: 8875
      ii. Page: 3765
   g. Original Principal Balance of Mortgage/Lien: $ 50,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Ian Scott Kansky  
Kathy Michelle Kansky  
    Debtors  

Case No. 12-31580-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db/jdb       +Ian Scott Kansky,   Kathy Michelle Kansky,   8 Turner Terrace,   Morganville, NJ 07751-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
      Albert Russo   docs@russotrustee.com  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com  
      David B. Grantz   on behalf of Creditor   The Provident Bank dgrantz@meyner.com, ckelly@meyner.com  
      Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Meredith I. Friedman   on behalf of Creditor   The Provident Bank mfriedman@wilentz.com, ciarkowski@wilentz.com  
      Michael Leonard Detzky   on behalf of Joint Debtor Kathy Michelle Kansky mldetzky@hotmail.com, r40042@notify.bestcase.com  
      Michael Leonard Detzky   on behalf of Debtor Ian Scott Kansky mldetzky@hotmail.com, r40042@notify.bestcase.com  
      Michael T. Stewart   on behalf of Creditor   White Rose, Inc. mstewart@peristewart.com, moliver@peristewart.com  
      R. A. Lebron   on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
                                                                     TOTAL: 10