**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ian Scott Kansky | Social Security number or ITIN  xxx–xx–4711 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kathy Michelle Kansky | Social Security number or ITIN  xxx–xx–7588 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  12–31580–MBK

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ian Scott Kansky                                Kathy Michelle Kansky

10/27/17                                        **By the court:** Michael B. Kaplan
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                              Case No. 12-31580-MBK
Ian Scott Kansky                                                    Chapter 13
Kathy Michelle Kansky
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2          Date Rcvd: Oct 27, 2017
                               Form ID: 3180W           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb         +Ian Scott Kansky,    Kathy Michelle Kansky,    8 Turner Terrace,    Morganville, NJ 07751-1520
cr             +White Rose, Inc.,    60 Route 46 East,    Fairfield, NJ 07004-3027
513324932      +1st Data,    4000 Coral Ridge Drive,    Pompano Beach, FL 33065-7614
513324933      +21 Ewing Avenue, LLC,    ATTN:Eric Wasserman,    533 Anderson Avenue,    Wood Ridge, NJ 07075-2309
513324934       AHFC,    200 Centennial Drive,    Newark, DE 19713
513324936      +American Wholesale Service,    21 Ewing Avenue,    North Arlington, NJ 07031-5001
513324935      +American Wholesale Service,    PO Box 304,    Pluckemin, NJ 07978-0304
513324940      +Caruso Smith Edell Picini, PC,    ATTN: Michael T. Stewart,    60 Route 46 East,
                 Fairfield, NJ 07004-3027
513324942      +Ferrante & Associates,    212-05 41 Avenue,    Bayside, NY 11361-2032
513324944      +First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
513324945      +Friedman Harfenist et. als,    ATTN:Allen Perlstein,    3000 Marcus Avenue STE 2E,
                 Lake Success, NY 11042-1096
513324947      +Heritage Community Bank,    530 East Main Street,    Route 53,    Denville, NJ 07834-2453
513324946      +Heritage Community Bank,    1206 Sussex Turnpike,    Randolph, NJ 07869-2981
513324948      +Hitachi Capital America Corp,    800 Connecticut Avenue,    Norwalk, CT 06854-1738
513324949      +James J. Cleary,    c/o Wolf & Samson, PC,    1 Boland Drive,    West Orange, NJ 07052-3686
513324950      +Jetro Cash and Carry,    1 Amity Street,    Jersey City, NJ 07304-3509
513324951      +Kirk Snevily,    61 Ashley Court,    Bedminster, NJ 07921-1439
514630967      +Mannino Systems Inc,    Att: Harry Firedland,    7 Century Dr,    Ste 201,
                 Parsippany, NJ 07054-4609
513324954      +Mannino Systems, Inc.,    ATTN: Levitan & Friedland, PC,    26 Columbia Turnpike STE 105,
                 Florham Park, NJ 07932-2213
513324955      +Marlboro Jewish Center,    103 School Road West,    Marlboro, NJ 07746-1573
513987933      +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive, Suite 2F,
                 Morris Plains, NJ 07950-1287
513324956      +Meyner and Landis LLP,    One Gateway Center,    Suite 2500,    Newark, NJ 07102-5396
513324957      +Provident Bank,    Executive Offices,    830 Bergen Avenue,    Jersey City, NJ 07306-4507
513448450      +Provident Bank,    Att: Meredith I Friedman,    1 Gateway Center,    Ste 2500,
                 Newark, NJ 07102-5323
513324958      +Restaurant Depot,    777 Secaucus Road,    Secaucus, NJ 07094-2511
513324959      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
513570960      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
513324960      +Steven Kartzman, Esq.,    101 Gibralter Drive,    Suite 2F,    Morris Plains, NJ 07950-1287
513443438      +White Rose, Inc.,    c/o 60 Route 46 East,    Fairfield, NJ 07004-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 22:35:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 22:35:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513364165       EDI: HNDA.COM Oct 27 2017 22:28:00     AMERICAN HONDA FINANCE CORPORATION,
                 NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
513437760       EDI: BECKLEE.COM Oct 27 2017 22:28:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
513324937      +EDI: AMEREXPR.COM Oct 27 2017 22:28:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
513577122      +EDI: BANKAMER.COM Oct 27 2017 22:33:00     BANK OF AMERICA, N.A.,    400 National Way,
                 Bankruptcy Department,    Mail Stop CA6-919-01-23,    Simi Valley, CA 93065-6414
513324938      +EDI: BANKAMER.COM Oct 27 2017 22:33:00     Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
513324939      +EDI: CAPONEAUTO.COM Oct 27 2017 22:33:00     Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
513324941      +EDI: CITICORP.COM Oct 27 2017 22:33:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
513324952      +EDI: CBSKOHLS.COM Oct 27 2017 22:28:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
513567118       EDI: PRA.COM Oct 27 2017 22:28:00     Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
513324961      +EDI: WTRRNBANK.COM Oct 27 2017 22:28:00     Target Nb,    Po Box 673,
                 Minneapolis, MN 55440-0673
513324963      +E-mail/Text: rnies@wolffsamson.com Oct 27 2017 22:34:59     Wolff-Samson,
                 Attn: Robert E. Nies, Esq.,    One Boland Drive,    West Orange, NJ 07052-3686
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513364166         866-716-6441
513446685         The Provident Bank
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                               Form ID: 3180W           Total Noticed: 42

513324943*     +Ferrante and Associates,   212-05 41 Avenue,   Bayside, NY 11361-2032
513324953    ##+Levitan & Frieland, PC,   26 Columbia Twp Suite 105,   PO Box 35,   Florham Park, NJ 07932-0035
513324962    ##+White Rose,   380 Middlesex Avenue,   Carteret, NJ 07008-3445
                                                                                 TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
```
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo     docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          David B. Grantz    on behalf of Creditor    The Provident Bank dgrantz@meyner.com,
           ckelly@meyner.com
          Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Meredith I. Friedman    on behalf of Creditor    The Provident Bank mfriedman@wilentz.com,
           ciarkowski@wilentz.com
          Michael Leonard Detzky    on behalf of Debtor Ian Scott Kansky mldetzky@hotmail.com,
           r40042@notify.bestcase.com
          Michael Leonard Detzky     on behalf of Joint Debtor Kathy Michelle Kansky mldetzky@hotmail.com,
           r40042@notify.bestcase.com
          Michael T. Stewart     on behalf of Creditor    White Rose, Inc. mstewart@peristewart.com,
           moliver@peristewart.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```